# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| KATHRYN CAPUA, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00689-RWS |
| | § § | |
| v. | § § | |
| | § § | |
| THE UNIVERSITY OF HARTFORD, VINH NGUYEN, | § § § | |
| | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

It is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. All motions by any party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 5th day of November, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE